**Order entered July 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00771-CV

### ANDREA M. REYES, Appellant

### V.

### GUADALUPE TORRES AND ROSALINDA SILVA, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13110**

## ORDER

Before the Court is Daniel C. Perez's July 16, 2019 agreed motion to withdraw as counsel for appellant. We **GRANT** the motion and **DIRECT** the Clerk of the Court to remove Mr. Perez as appellant's counsel. All future communications with appellant shall be directed to

Andrea M. Reyes
14234 Heritage Cr., Bldg. C#103
Farmers Branch, Texas 75234.

We note that since the filing of the motion, the clerk's record has been filed. The reporter's record remains due August 26, 2019.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE